SANDIJEAN FUSON, Attorney for Plaintiff
301 A Street East Vale, OR 97918;
Telephone(541)473-3470 Fax (541) 473-2380
OSB 842281, Email: sjfuson @yahoo.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MICHELLE K. WEINARD<br>Plaintiff<br>v<br>ANDREW SAUL,<br>COMMISSIONER OF SOCIAL SECURITY<br>Defendant. | ) Case # 2:19-CV-01517-AC<br>) ORDER<br>)<br>)<br>)<br>) |

It is hereby ORDERED that attorney fees in the amount of $4,200.00, expenses in the amount of $50.45 and costs for copying in the amount of in the sum of $196.35, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The fees, expenses, and costs totaling $4,426.80 will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Sandijean Fuson, 301 A Street East, Vale, Oregon 97918. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

DATED this 28th day of January, 2021.

JOHN ACOSTA
United States Magistrate Judge